No. 949. ELLIS BARTHOLOMEW, PETITIONER, *v.* THE UNITED STATES. May 31, 1910. Petition for a writ of

certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. P. H. Kaiser* for the petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the respondent.